UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
CITIBANK, N.A.,

                            Plaintiff,                      16 Civ. 00125 (KBF)

   - Against -

NATIONAL CONSOLIDATED COURIERS, INC., and      SCHEDULING ORDER
TANWEER AHMED,

                            Defendants.
------------------------------------------------------------------------ x

      Plaintiff Citibank, N.A., ("Plaintiff"), and answering defendant Tanweer Ahmed ("Ahmed" and together with Plaintiff, the "Parties"), by and through their respective counsel, jointly submit this Scheduling Order in advance of the April 12, 2016 initial pretrial conference, having conferred telephonically:

      1.      The Parties do not consent to conducting all further proceedings before a United State Magistrate Judge, including motions and trial.

      2.      Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 20 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

      3.      Close of fact discovery: September 30, 2016.

      4.      Close of expert discovery: October 31, 2016.

      5.      The Parties agree to the following proposed pretrial schedule:

           (a)     Commencement of Discovery – immediately;

           (b)     Initial Disclosures – April 26, 2016;

           (c)     Fact Discovery Cutoff – September 30, 2016;

  (d) Expert Reports – October 1, 2016;

  (e) Rebuttal Expert Reports – October 14, 2016;

  (f) Expert Discovery Cutoff – October 31, 2016;

  (g) Motions for Summary Judgment – December 15, 2016, oppositions due 30 days thereafter, reply papers due 30 days thereafter.

6. The Parties have not yet determined the subjects on which they contemplate experts in this matter.

7. Motions may be brought at any time. The last opportunity to file any motion (other than in limine and Daubert motions) is set forth below:

  (a) Opening: November 30, 2016.

  (b) Opposition: 21 days after opening brief.

  (c) Reply: 7 days after opposition brief.

8. Trial will not be before a jury.

## **COURT WILL SET ITEMS 9-12**

9. Status Update/Conference:

  (a) A status letter (joint or separate) is due on or before:_____.

  (b) The next status conference is set for_____ at _____.

10. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due:_____.

11. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

12. Trial in this matter shall commence on _____. Trial is anticipated to take _____ [days/weeks].

**Settlement discussions must occur parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED:
Dated: New York, New York
_____, 2016

_____
KATHERINE B. FORREST
United States District Judge

3